# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES CLINTON NEWTON, JR.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent.

No. 71473

FILED

DEC 1 6 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a petition for a writ of mandamus challenging a revocation of lifetime supervision. Because the claims involve issues of fact, petitioner should seek relief in the district court in the first instance. *See Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981); *see also* NRS 34.160. Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:   Charles Clinton Newton, Jr.
      Attorney General/Carson City
      Eighth District Court Clerk

16-39132